1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
   Special Assistant United States Attorney
7        Office of the General Counsel
8        Office of Program Litigation
         Social Security Administration
9        6401 Security Boulevard                                    JS-6
10       Baltimore, MD 21235
         Telephone: (510) 970-4861
11       Facsimile: (415) 744-0134
12       Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant
14

15              UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
                   WESTERN DIVISION
17

18 LORETTA MIRELLA VELLUTINO,          )   No. 2:23-cv-02790-MRW
                                        )
19                                      )   [~~PROPOSED~~] JUDGMENT
          Plaintiff,                    )
20                                      )
               v.                       )
21 KILOLO KIJAKAZI, Acting              )
22 Commissioner of Social Security,     )
                                        )
23                                      )
          Defendant.                    )
24                                      )

25

26

27

28

-1-

1       The Court having approved the parties' stipulation to remand this case pursuant

2   to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that

3   stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for

4   Plaintiff.

5

6

7   DATED:    6/8/223

8                   HONORABLE JUDGE MICHAEL R. WILNER

9                   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28