1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA MIRELLA VELLUTINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant ) | Case No.: 2:23-cv-02790-MRW <br><br> {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

   IT IS ORDERED that fees and expenses in the amount of $1,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 7/24/2023

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |     /s/ *Young Cho*
4 | BY: _____
    Young Cho
5 |     Attorney for plaintiff Loretta Mirella Vellutino